# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

161636

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ANDRE LEROY JAMISON,
   Defendant-Appellant.

SC: 161636
COA: 345262
Oakland CC: 2017-263911-FH

_____/

   By order of November 25, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



a0222

         Clerk